IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-887-FDW-DCK

| TRANE U.S. INC., | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| GASMASTER INDUSTRIES, LTD., | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 22) filed by Local Counsel J.D. Hensarling on December 2, 2024.

Applicant Michael C. Whitticar seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 22) is **GRANTED**. Michael C. Whitticar is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: December 2, 2024

David C. Keesler
United States Magistrate Judge